**450 BROWN vs. CIRCUIT JUDGE (Clinton), No. 15663½.**

To vacate an order made in a suit commenced by declaration upon the application of a plaintiff, under the provisions of Act No. 181, Laws of 1895, before issue joined in the principal suit, but after the disclosure of the garnishee had been filed and excepted to, and the garnishee defendant had been notified to appear before the circuit judge and submit to an examination, requiring relator, who is the principal defendant, to appear before the circuit judge at chambers at a time and place named, to give evidence as to the material issues in the principal garnishee suits.

Order to show cause denied June 17, 1896.

Relator insisted that inasmuch as issue was not joined in the principal suit, and the application did not set forth that the purpose of the examination was "to enable the party to plead," the court was without jurisdiction to make the order complained of.